CITY OF NEW YORK, Appellant, *v.* MARYLAND CASUALTY COMPANY et al., Respondents.

Submitted November 25, 1940; decided November 26, 1940.

*Daniel Combs* for motion.

*William C. Chanler, Corporation Counsel (Frederick v P. Bryan* of counsel), opposed.

Motion denied with leave to renew on argument of appeal.